# EXHIBIT 2

| Last | First | up to 6-months | over 6 |
|---|---|---|---|
| Abu | Godbless | $200.00 | |
| Anthony | John Gary | $200.00 | |
| Atsou | Komla | | $300.00 |
| Bell | Renee Evette | $200.00 | |
| Bouknight | Shawn A. | $200.00 | |
| Broadnax | Alberta Mae | $200.00 | |
| Brown | William L. | $200.00 | |
| Burgess | Sean | $200.00 | |
| Burrell | Lernard S. | $200.00 | |
| Byrne | Shannon | | $300.00 |
| Cade | Odessa B. | $200.00 | |
| Cave | William Steve | $200.00 | |
| Coley | Rhonica | $200.00 | |
| Day | Sophia | $200.00 | |
| Davis, Jr. | Albert | $200.00 | |
| Davis | Doretha | $200.00 | |
| Davis | LaPersianne Burlena | $200.00 | |
| Douglas | Michelle Juanita | $200.00 | |
| Dukes | Paul Anton | $200.00 | |
| Dunn | Amos Brian | $200.00 | |
| Fuchs | Avraham M. | $200.00 | |
| Frazier | Jashon Jerome | $200.00 | |
| Gladden | Shawn L. | | $300.00 |
| Gordon | Chiffon | $200.00 | |
| Inyang | Joe | $200.00 | |
| Ivy | Stephanie Renee | $200.00 | |
| Jiles | Robert B. | | |
| Jones | Geneva C. | | $300.00 |
| Jones | Keyonna Nicole | $200.00 | |
| Jones | Sean Thomas | $200.00 | |
| Lawrence | Sheena | | $300.00 |
| Lenga | Richard | $200.00 | |
| Lighty | Pamela | $200.00 | |
| Martin | Clifford D. | $200.00 | |

| | | | | |
|---|---|---|---|---|
| Matusic | Regis Lee | | $300.00 | |
| Mayes | Hoyt Daniel | | $300.00 | |
| Morgan | Janita | $200.00 | | |
| Nelson | Kenneth M. | $200.00 | | |
| Nobitz | James | $200.00 | | |
| Nour | Salah | $200.00 | | |
| Ajayi | Oluwashina | $200.00 | | |
| Overby | Michael | | $300.00 | |
| Pearson | Jimmie | | | $2,500.00 |
| Parr | Nicholas Lionel | $200.00 | | |
| Poteat | Vincent Antonio | $200.00 | | |
| Rich | Brandon Donte | $200.00 | | |
| Robinson | Charles | | $300.00 | |
| Round | Clarence Anderson | $200.00 | | |
| Scarbrough | Garrett Lee | $200.00 | | |
| Spann | Salim Yasin | $200.00 | | |
| Spain | Leslie Lavern | $200.00 | | |
| Olagunju | Mujidat Shonekar | | $300.00 | |
| Short | Leonard | $200.00 | | |
| Smith | Brandi | $200.00 | | |
| Smith | Keith David | | $300.00 | |
| Streeter | Charles | | | $800.00 |
| Taylor | Tiffany | $200.00 | | |
| Thorpe | Linda Arnel | $200.00 | | |
| Thomas | Charles C. | | $300.00 | |
| Timmons | Kenneth McCauley | | $300.00 | |
| Umaru | Razaq A. | $200.00 | | |
| VanBuren | Denitrus | $200.00 | | |
| Walker | Dana | $200.00 | | |
| Walker | Ellis J. | $200.00 | | |
| Wells | Christopher James | $200.00 | | |
| Williams | Dion Edward | $200.00 | | |
| Williams | Gloria | $200.00 | | |
| Wilson | Anthony Deon | | $300.00 | |
| Wilson | Robert Perry | | $300.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Woodard | Bryant John | $200.00 | | | |
| Wonson | Wayne | $200.00 | | | |
| Zigan | Kokou Paul | | $300.00 | | |
| Zimmerman | Teresa | | $300.00 | | |
| | | $10,600.00 | $5,100.00 | $3,300.00 | $19,000.00 |