IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| JIMMIE PEARSON *et. al.*<br>For themselves and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>- Versus -<br><br>PROFESSIONAL 50 STATES PROTECTION, LLC.*et. al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 1:09-cv-03232-JKB<br>)<br>)<br>)<br>) |

Upon the parties Joint Motion for Settlement Agreement Approval and the Court determining that the settlement is fair and reasonable, the motion is GRANTED. It is hereby ORDERED that:

The Parties' proposed settlement agreement, is approved as fair and reasonable.

SO ORDERED.

Date: 7/20/12

_____
Hon. James K. Bredar
United States District Judge